No. D–1125. IN RE DISBARMENT OF SCHULZ. It is ordered that Richard C. Schulz, of Bay Shore, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 108, Orig. NEBRASKA v. WYOMING ET AL. Second Interim Report of the Special Master received and ordered filed. Exceptions to this Report and the first Interim Report of the Special Master, with supporting briefs, may be filed by the parties within 45 days. Replies thereto, if any, may be filed within 30 days. The *amici curiae* may file exceptions and replies within the time allowed the parties. Further consideration of motion of Nebraska for leave to file an amended petition deferred to consideration of the exceptions and replies. [For earlier order herein, see, *e. g.*, 503 U. S. 981.]

No. 119, Orig. CONNECTICUT ET AL. v. NEW HAMPSHIRE. Motions of Connecticut Office of Consumer Counsel and United Illuminating Co. et al. for leave to intervene referred to the Special Master. JUSTICE SOUTER took no part in the consideration or decision of these motions. [For earlier order herein, see, *e. g.*, 503 U. S. 1002.]

No. 87–746. MICHAEL H. ET AL. v. GERALD D., 491 U. S. 110. Motion of appellants to recall and amend or, in the alternative, to clarify judgment of this Court denied. JUSTICE SOUTER and JUSTICE THOMAS took no part in the consideration or decision of this motion.

No. 91–321. ITEL CONTAINERS INTERNATIONAL CORP. v. HUDDLESTON, COMMISSIONER OF REVENUE OF TENNESSEE. Sup. Ct. Tenn. [Certiorari granted, 502 U. S. 1090.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Institute of International Container Lessors et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for argument denied.

No. 91–719. PARKE, WARDEN v. RALEY. C. A. 6th Cir. [Certiorari granted, 503 U. S. 905.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.